Certificate Number: 14912-FLS-DE-038544456

Bankruptcy Case Number: 24-14482



14912-FLS-DE-038544456

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>June 5, 2024</u>, at <u>12:54</u> o'clock <u>PM EDT</u>, <u>Roi Neeman</u> completed a course on personal financial management given <u>by internet</u> by <u>001 Debtoredu LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Southern District of Florida</u>.

Date: <u>June 5, 2024</u>

By: <u>/s/Jai Bhatt</u>

Name: <u>Jai Bhatt</u>

Title: <u>Counselor</u>