**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

| | ) | |
|---|---|---|
| **IN RE:** | ) | **CASE NO. 24-14482-PDR** |
| **ROI NEEMAN** | ) | **CHAPTER 7** |
| **DEBTOR** | ) | |
| | ) | |

**NOTICE OF APPEARANCE PURSUANT TO BANKRUPTCY RULE 9010 (b) AND REQUEST FOR NOTICES UNDER BANKRUPTCY RULE 2002 REGARDING PROPERTY DESCRIBED AS 2018 GMC SIERRA 1500, VIN: 1VWAS7A36FC017020 AND THAT CERTAIN LOAN MORE SPECIFICALLY IDENTIFIED AS LOAN NUMBER *******3321**

NOW COMES CARMAX BUSINESS SERVICES, LLC, A SUBSIDIARY OF CARMAX AUTO FINANCE, INC., by and through its attorney Brock and Scott, PLLC, pursuant to Bankruptcy Rule 9010 and makes its appearance as a creditor in this cause and, pursuant to Bankruptcy Rule 2002, requests that it be noticed on all pleadings, documents and hearings; that it receive copies of all documents; and be added to the matrix to be served at the addresses below:

Brock and Scott, PLLC
Attorneys at Law
3825 Forrestgate Dr.
Winston-Salem, NC 27103
FloridaBKLegal@brockandscott.com

CARMAX BUSINESS SERVICES, LLC, A SUBSIDIARY OF CARMAX AUTO FINANCE, INC.
225 Chastain Meadows Court
Kennesaw, Georgia 30144

Please take notice that the undersigned hereby appears as counsel for CARMAX BUSINESS SERVICES, LLC, A SUBSIDIARY OF CARMAX AUTO FINANCE, INC.

24-F01287 BKRAF01




pursuant to Bankruptcy Rule 9010(b). The undersigned's filing of this notice is limited to the instant case noted above and should not be construed as unlimited representation of the Creditor with respect to any and all matters, proceedings, or actions that may be taken in the instant case or any associated case or proceeding involving the above-named Creditor.

                                                                             RESPECTFULLY SUBMITTED,

/s/ *[signature]*
Teresa M. Hair, FL Bar No. 44079
Patrick Hruby, FL Bar No. 0088657
Neisi I. Garcia Ramirez, FL Bar No. 91430
Dennis J. LeVine, FL Bar No. 375993
Jay Jones, FL Bar No. 90736
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
FloridaBKLegal@brockandscott.com

24-F01287 BKRAF01