# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
# FORT LAUDERDALE DIVISION

IN RE:

ROI NEEMAN,   Case No.: 24-14482-BKC-PDR
  Chapter 7
    Debtor.
_____/

## TRUSTEE'S AGREED MOTION FOR EXTENSION OF
## TIME TO FILE OBJECTIONS TO DISCHARGE FOR TRUSTEE AND U.S. TRUSTEE

COMES NOW, the Trustee, Leslie S. Osborne, by and through undersigned counsel and hereby files this Agreed Motion For Extension of Time to File Objections to Discharge for the Trustee and the U.S. Trustee, and would state as follows:

1. The Debtor's 341 meeting of creditors was held on June 11, 2024.

2. Subsequent thereto, the Trustee has been obtaining and reviewing documentation requested at the 341 Meeting of Creditors and, further is setting a 2004 Examination for September 12, 2024.

3. The Trustee wishes to complete his documentation review and Examination before filing any objections to discharge.

4. The current deadline within which to file objections to discharge is <u>August 12, 2024.</u>  Therefore, this motion is timely filed.

5. Due to the nature of this particular case the Trustee believes he needs an initial extension of time within which to file any objections to discharge through September 30, 2024, for both the Trustee and the U.S. Trustee.

6. The Trustee has contacted counsel for the Debtor who agreed to an extension of the discharge deadline through September 30, 2024.

WHEREFORE, Trustee, Leslie S. Osborne, hereby requests this court grant him and the U.S. Trustee an extension to file objections to discharge through September 30, 2024.

I hereby certify that a true and correct copy of the foregoing was served via Electronic and/or U.S. Mail, upon all parties set forth below this 6th day of August, 2024.

*I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).*

Leslie S. Osborne, Trustee
1300 N. Federal Hwy #203
Boca Raton, FL 33432
Telephone: (561) 368-2200
Email:
osbornetrustee@kennethrappaportlawoffice.com

By:_____/s/_____
Leslie S. Osborne, TRUSTEE
FLORIDA BAR NO. 0823139

**SERVICE LIST**

- Teresa M Hair    teresa.hair@brockandscott.com, WBECF@brockandscott.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- Leslie S Osborne    osbornetrustee@kennethrappaportlawoffice.com, lo@trustesolutions.net
- David A Ray    dray@draypa.com, draycmecf@gmail.com;simone.draypa@gmail.com