

ORDERED in the Southern District of Florida on August 13, 2024.

Peter D. Russin, Judge
United States Bankruptcy Court
_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

| In Re: | CASE NO.: 24-14482(PDR) |
|---|---|
| Roi Neeman, | CHAPTER 7 |
| Debtor | |

**AGREED ORDER GRANTING CREDITOR'S MOTION TO EXTEND TIME**

THIS MATTER came before the Court upon Creditor Jessica Piafsky's *Motion to Extend Creditor's Deadlines to File Objections to Discharge or to Challenge Dischargeability of Certain Debt* [ECF No. 22] pursuant to Fed. R. Bankr. P. Fed. R. Bankr. P. Rules 4007(c) and 9006, and the Court, having reviewed the motion and having been advised of an agreement between the creditor and debtor as to the extension,

It is ORDERED that:

1.  The Motion is **GRANTED**. Creditor Piafsky's shall have through and including September 30, 2024 within which to file any objections to discharge and/or to challenge the

dischargeability of certain debt in the above styled case.

# # #

**Submitted by**:
David W. Berenthal, Esq.
Berenthal & Associates, P.A.
*Attorneys for Creditor Jessica Piafsky*
Florida Bar No. 159220
E-mail: dwb@berenthalaw.com
255 Alhambra Circle, Suite 1150
Coral Gables, FL 33134
Tel: (212) 302-9494
Fax: (212) 354-5625
Email: dwb@berenthalaw.com

Copies furnished to David W. Berenthal, Esq., who shall serve a copy of the order on all interested parties entitled to such notice and file a certificate of service thereon.