**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

IN RE:

ROI NEEMAN,                                         Case No.: 24-14482-BKC-PDR
                                                    Chapter 7

      Debtor.

_____/

**TRUSTEE'S AGREED MOTION FOR SECOND EXTENSION OF**
**TIME TO FILE OBJECTIONS TO DISCHARGE**

COMES NOW, the Trustee, Leslie S. Osborne, by and through undersigned counsel hereby files this Motion For Second Extension of Time to File Objections to Discharge and would state as follows:

1.      The Debtors 341 meeting of creditors was held on June 11, 2024.

2.      Subsequent thereto, the Trustee has been obtaining and reviewing documentation requested at the 341 Meeting of Creditors, has set the Debtor for a 2004 Examination, and is reviewing documents received pursuant to the Examination document request.

3.      The Trustee wishes to complete his documentation review before filing any objections to discharge.

4.      The current deadline within which to file objections to discharge is September 30, 2024 pursuant to this court's order dated August 8, 2024 [ECF 20].  Therefore, this motion is timely filed.

5.      Due to the nature of this particular case the Trustee believes he needs an additional thirty (30) days within which to file any objections to discharge.

6.      The Trustee has contacted counsel for the Debtor who agreed to a second thirty (30) day extension of the discharge deadline.

WHEREFORE, Trustee, Leslie S. Osborne, hereby requests this court grant him a thirty

(30) day extension to file objections to discharge or through <u>October 30, 2024</u>.

I hereby certify that a true and correct copy of the foregoing was served via Electronic

and/or U.S. Mail, upon all parties set forth below on <u>30th</u> day of September, 2024.

*I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).*

Leslie S. Osborne, Trustee
1300 N. Federal Hwy #203
Boca Raton, FL 33432
Telephone: (561) 368-2200
Email: office@rorlawfirm.com


By:_____/s/_____
Leslie S. Osborne, TRUSTEE
FLORIDA BAR NO. 0823139


## SERVICE LIST

- David W Berenthal    ecf@berenthalaw.com
- Teresa M Hair    teresa.hair@brockandscott.com, WBECF@brockandscott.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- Leslie S Osborne    osbornetrustee@kennethrappaportlawoffice.com, lo@trustesolutions.net
- Jordan L Rappaport    office@rorlawfirm.com, 1678370420@filings.docketbird.com
- David A Ray    dray@draypa.com, draycmecf@gmail.com;simone.draypa@gmail.com