UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

IN RE:                                                                                  Case No: 24-14482-PDR

ROI NEEMAN,                                                                     Chapter 7

        Debtor.
_____/

## MOTION TO WITHDRAW AS COUNSEL

     **COMES NOW** undersigned counsel, David A. Ray, Esq, and the law firm of David A. Ray, P.A., and hereby file this Motion to Withdrawal as record counsel for the Debtor (the "Debtor"), in the above-entitled case and in support thereof state as follows:

     1.    Owing to a potential conflict of interest stemming from Ray joining the law firm of Tripp Scott, it is in the best interests of both attorney and Debtor that this Court permit David A. Ray, Esq, and the law firm of David A. Ray, P.A., to withdraw as attorney on behalf of the Debtor.

     2.    The Debtor has consented to the relief requested herein, has been provided with referrals for substitute counsel, and has elected to proceed *pro se* at this time.

     **WHEREFORE**, David A. Ray, Esq, and the law firm of David A. Ray, P.A., respectfully requests that this Court enter an Order removing them as record counsel for the Debtor.

**Dated: February 6, 2025.**

        **I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).**

        David A. Ray, P.A.
        Counsel for Debtor
        303 Southwest 6th Street
        Fort Lauderdale, Florida 33315
        Telephone: 954-399-0105

        By: /s/ David A. Ray_____
        Florida Bar No. 13871
        dray@dray.com

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on February 6, 2025, a true and correct copy of this filing was electronically filed with the Clerk of the Court using CM/ECF. I also certify that this filing is being served on counsel of record and parties registered to receive service via CM/ECF, as well as upon Roi Neeman, 4814 S.W. 34th Terrace, Fort Lauderdale, Florida 33312.

                /s/ David A. Ray
                David A. Ray