UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

IN RE:                                                   Case No: 24-14482-PDR

ROI NEEMAN,                                 Chapter 7

        Debtor.
_____/

**CERTIFICATE OF SERVICE RE: NOTICE OF HEARING ON
<u>MOTION TO WITHDRAW AS COUNSEL</u>**

I HEREBY CERTIFY that a true copy of the Notice of Hearing on Motion to Withdraw as Counsel for Debtor [ECF 38] was served on all counsel of record or pro se parties identified on the attached Service List (i) via the Court's CM/ECF notification to those parties who are registered CM/ECF participants in this case on February 7, 2025; and (ii) via U.S. Mail to all parties who are not authorized to receive electronically, on February 10, 2025.

I FURTHER CERTIFY that this is not an issue that lends itself to resolution without a hearing.

**Dated: February 11, 2025**

> I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).
>
> DAVID A. RAY, P.A.
> 303 Southwest 6th Street
> Fort Lauderdale, Florida 33315
> Tel:    (954) 399-0105
> Email:  dray@draypa.com
>
> By:     */s/ David A. Ray*
>         David A. Ray
>         Florida Bar No. 13871

## SERVICE LIST

**ELECTRONIC ECF NOTICE**

**The following is the list of parties who are currently on the list to receive e-mail notice/service for this case and who therefore will be served via the Court's notice of Electronic Filing:**

**Notice will be electronically mailed to:**

David W Berenthal on behalf of Creditor Jessica Piafsky
ECF@berenthalaw.com, dberenthal@recap.email

David W Berenthal on behalf of Plaintiff Jessica Piafsky
ECF@berenthalaw.com, dberenthal@recap.email

Teresa M Hair on behalf of Creditor Carmax Business Services, Llc, A Subsidiary Of Carmax Auto Finance, Inc.
teresa.hair@brockandscott.com, WBECF@brockandscott.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Leslie S Osborne
osbornetrustee@kennethrappaportlawoffice.com, lo@trustesolutions.net

Jordan L Rappaport, Esq on behalf of Trustee Leslie S Osborne
office@rorlawfirm.com, 1678370420@filings.docketbird.com


**MANUAL SERVICE LIST**
**Notice will be sent via US Mail, postage prepaid, to:**

Roi Neeman
4814 S.W. 34th Terrace
Fort Lauderdale, Florida 33312