UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

IN RE:                                                                    Case No: 24-14482-PDR

ROI NEEMAN,                                                        Chapter 7

        Debtor.
_____/

**CERTIFICATE OF SERVICE RE:
ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**

I HEREBY CERTIFY that a true copy of the *Order Granting Motion to Withdraw as Counsel* [ECF 40] was served on all counsel of record or pro se parties identified on the attached Service List (i) via the Court's CM/ECF notification to those parties who are registered CM/ECF participants in this case and (ii) via U.S. Mail to all parties who are not authorized to receive electronically, on March 3, 2025.

**Dated: March 4, 2025**

**I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).**

DAVID A. RAY, P.A.
303 Southwest 6th Street
Fort Lauderdale, Florida 33315
Tel:     (954) 399-0105
Email:  dray@draypa.com

By:       */s/ David A. Ray*
       David A. Ray
       Florida Bar No. 13871

## SERVICE LIST

**ELECTRONIC ECF NOTICE**

**The following is the list of parties who are currently on the list to receive e-mail notice/service for this case and who therefore will be served via the Court's notice of Electronic Filing:**

**Notice will be electronically mailed to:**

David W Berenthal on behalf of Creditor Jessica Piafsky
ECF@berenthalaw.com, dberenthal@recap.email

David W Berenthal on behalf of Plaintiff Jessica Piafsky
ECF@berenthalaw.com, dberenthal@recap.email

Teresa M Hair on behalf of Creditor Carmax Business Services, Llc, A Subsidiary Of Carmax Auto Finance, Inc.
teresa.hair@brockandscott.com, WBECF@brockandscott.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Leslie S Osborne
osbornetrustee@kennethrappaportlawoffice.com, lo@trustesolutions.net

Jordan L Rappaport, Esq on behalf of Trustee Leslie S Osborne
office@rorlawfirm.com, 1678370420@filings.docketbird.com


**MANUAL SERVICE LIST**
**Notice will be sent via US Mail, postage prepaid, to:**

Roi Neeman
4814 S.W. 34th Terrace
Fort Lauderdale, Florida 33312