United States Bankruptcy Court
Southern District of Florida

| | |
|---|---|
| In re: | Case No. 24-14482-PDR |
| Roi Neeman | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113C-0 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 03, 2025 | Form ID: pdf004 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Roi Neeman, 4814 SW 34th Terrace, Fort Lauderdale, FL 33312-7948 |
| cr | + | Carmax Business Services, Llc, A Subsidiary Of Car, 225 Chastain Meadows Court, Kennesaw, GA 30144-5897 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2025                    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 3, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David A Ray, Esq. | on behalf of Debtor Roi Neeman dray@draypa.com draycmecf@gmail.com;dar@trippscott.com;simone.draypa@gmail.com |
| David W Berenthal | on behalf of Plaintiff Jessica Piafsky ECF@berenthalaw.com dberenthal@recap.email |
| David W Berenthal | on behalf of Creditor Jessica Piafsky ECF@berenthalaw.com dberenthal@recap.email |
| Jordan L Rappaport, Esq | on behalf of Trustee Leslie S Osborne office@rorlawfirm.com 1678370420@filings.docketbird.com |
| Leslie S Osborne | osbornetrustee@kennethrappaportlawoffice.com lo@trustesolutions.net |
| Office of the US Trustee | |

District/off: 113C-0 | User: admin | Page 2 of 2
Date Rcvd: Mar 03, 2025 | Form ID: pdf004 | Total Noticed: 2

USTPRegion21.MM.ECF@usdoj.gov

Teresa M Hair

on behalf of Creditor Carmax Business Services  Llc, A Subsidiary Of Carmax Auto Finance, Inc. teresa.hair@brockandscott.com, WBECF@brockandscott.com

TOTAL: 7



**ORDERED in the Southern District of Florida on March 3, 2025.**



**Peter D. Russin, Judge**
**United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

IN RE:                                                                                         Case No: 24-14482-PDR

ROI NEEMAN,                                                                          Chapter 7

        Debtor.
_____/

### ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

THIS MATTER came before the Court on February 27, 2025, at 10:30 a.m. (the "Hearing") upon the Motion to Withdraw as Counsel [ECF No. 37] to the Debtor filed by David A. Ray and David A. Ray, P.A. (the "Motion"), and based upon the record and representations of both counsel and the Debtor, it is hereby

ORDERED, as follows:

1.    The Motion is GRANTED.

2.    David A. Ray, Esq, and the law firm of David A. Ray, P.A. ("Ray") are

hereby relieved of any further representation of and responsibility to the Debtor in this bankruptcy case.

### 

Submitted by:

David A. Ray
David A. Ray, P.A.
303 Southwest 6th Street
Fort Lauderdale, Florida 33315
Phone: (954) 399-0105
dray@draypa.com

Copy furnished to:

David A. Ray, Esq.
*(Attorney Ray is directed to serve a copy of this Order upon all interested parties upon receipt and file a Certificate of Service.)*