UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| In Re: | CASE NO.: 24-14482(PDR) |
|---|---|
| Roi Neeman, | CHAPTER 7 |
| Debtor. | |

**CERTIFICATE OF SERVICE**

I HEREBY certify that a true and correct copy of the Motion for Relief from the Automatic Stay [D.E. 43] and Notice of Hearing [D.E. 44] was furnished on March 12th, 2025 to Defendant Roi Neeman via U.S. Mail at 4814 SW 34th Terrace Fort Lauderdale, FL 33312 and via e-mail to Roi Neeman on March 13th, 2025.

By:   /David W. Berenthal/
David W. Berenthal, Esq
**BERENTHAL & ASSOCIATES**
Counsel for Plaintiff
Florida Bar No. 159220
E-mail: dwb@berenthalaw.com
45 East 72nd Street, Suite 5C
New York, NY 10021
Tel: (212) 302-9494
Fax: (212) 354-5625
Email: dwb@berenthalaw.com