UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In Re:

Roi Neeman,

Debtor

CASE NO.: 4-14482-PDR

CHAPTER 7

**EX PARTE MOTION TO ALLOW REMOTE APPEARANCE AT THE CREDITOR'S MOTION FOR RELIEF FROM THE BANKRUPTCY STAY SCHEDULED FOR MARCH 27, 2025**

David W. Berenthal, as counsel for creditor Jessica Piafsky ("Piafsky" or "Creditor"), files this Motion to Allow Remote Appearance at the March 27, 2025 Hearing on Defendant's motion to extend time to answer the complaint, and states as follows:

1. On March 12, 2025, Creditor filed her Motion for Relief from the Automatic Stay (the "Motion"). [D.E. 43]. In short, Creditor seeks the Court's permission to continue the district court action against the debtor, Roi Neemna, styled "Jessica Piafsky v. MBHome Improvements Inc. Maxim Bohadana, Roi Neeman, and Construction Fort Lauderdale Inc.D/b/a MB Home Improvements", Case No. 24-CV-60382 currently pending in the United States District Court for the Southern District of Florida (the "District Court Action").

2. The District Court action was commenced on March 8, 2024, prior to the instant Bankrtupcy Case. Creditor made the Motion for Relief from the stay as (i) the Court previously expressed its concern (at a February 14, 2025 hearing) with trying the merits of the claims against Mr. Neeman in the Adversary Proceeding may result in inconsistent judgments against the remaining parties in the District Court Action and; (ii) two of the remaining defendants in the District Court Action have moved to stay said action based on the Adversary Proceeding currently pending against debtor.

3. The Motion was noticed for hearing for 10:30am, March 27, 2025 at 299 E Broward Blvd Courtroom 301 (PDR), Fort Lauderdale, Florida. [D.E. 44].

4. Undersigned counsel is located in Passaic County, New Jersey, and operates out of his office in New York County, New York. Thus a personal appearance is both economically and temporally burdensome that will incur significant costs and time for travel to Fort Lauderdale.

5. Given that the aforementioned hearing is a non-evidentiary hearing, the undersigned respectfully requests that the Court allow him to appear remotely at the hearing scheduled for March 27, 2025.

6. A propose order has been submitted with this Motion

WHEREFORE, based on the foregoing, David W. Berenthal requests an order granting the Motion to Allow Remote Appearance for the Hearing currently scheduled for March 27, 2025. I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

Dated: March 24, 2025

    Respectfully submitted,

    **BERENTHAL & ASSOCIATES**

    By:    /David W. Berenthal/
        David W. Berenthal, Esq.
        Attorneys for Plaintiff
        Florida Bar No. 159220
        E-mail: dwb@berenthalaw.com
        45 East 72nd Street, Suite 5C
        New York, NY 10021
        Telephone: (212) 302-9494