UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

| In Re: | CASE NO.: 24-14482(PDR) |
|---|---|
| Roi Neeman, | CHAPTER 7 |
| Debtor | |

### ORDER GRANTING PLAINTIFF'S MOTION TO ALLOW REMOTE APPEARANCE

THIS MATTER came before the Court on Plaintiff's *Ex Parte* Motion for Leave to Appear Remotely at the Hearing Scheduled for March 27, 2025 at 10:30am [D.E. 43, 44]. The Court having considered the motion and the record without a hearing, it is Ordered that the Plaintiff's Motion to for Leave to Appear Remotely is **GRANTED**.

###

Submitted by:
David W. Berenthal, Esq.
Berenthal & Associates
Attorneys for Plaintiff Jessica Piafsky
Florida Bar No. 159220
E-mail: dwb@berenthalaw.com

45 East 72nd Street, Suite 5C
New York, NY 10021
Tel: (212) 302-9494
Fax: (212) 354-5625
Email: dwb@berenthalaw.com

**Copies furnished to:** David W. Berenthal, who shall serve a copy of the Order on all non-registered interested parties and file a certificate of service thereon.