

**ORDERED in the Southern District of Florida on March 27, 2025.**

*Peter D. Russin*
_____
**Peter D. Russin, Judge
United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

| In Re: | CASE NO.: 24-14482(PDR) |
|---|---|
| Roi Neeman, | CHAPTER 7 |
| Debtor | |

**ORDER GRANTING PLAINTIFF'S MOTION FOR
RELIEF FROM THE AUTOMATIC STAY**

THIS MATTER came before the Court on Creditor Jessica Piafsky's Motion for Relief from the Automatic Stay (the "Motion") [D.E. 43]. A hearing having been held on Thursday, March 27, 2025 at 10:30am, and the Court having considered the Motion and for the reasons stated on the record, it is Ordered that:

1.  The motion is GRANTED. Jessica Piafsky is granted relief from the automatic stay pursuant to 11 U.S.C. §362 and is allowed to proceed with her action against debtor, Roi Neeman, currently pending in the United States District Court for the Southern District of Florida, Case No. 24-CV-60382, styled "Jessica Piafsky v. MB Home Improvements Inc. Maxim Bohadana, Roi

Neeman, and Construction Fort Lauderdale Inc. D/b/a MB Home Improvements"; and;

    2.    For all future service on the Debtor that may be necessitated in the instant Bankruptcy proceeding by the Court, Creditor Jessica Piafsky shall serve the Debtor via e-mail with the e-mail address she has on file.

###

Submitted by:
David W. Berenthal, Esq.
Berenthal & Associates
Attorneys for Plaintiff Jessica Piafsky
Florida Bar No. 159220
E-mail: dwb@berenthalaw.com
45 East 72nd Street, Suite 5C
New York, NY 10021
Tel: (212) 302-9494
Fax: (212) 354-5625
Email: dwb@berenthalaw.com

**Copies furnished to:** David W. Berenthal, who shall serve a copy of the Order on all non-registered interested parties and file a certificate of service thereon.