UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IN RE:

ROI NEEMAN                                        Case No.: 24-14482-BKC-PDR
                                                  Chapter 7

    Debtor.
_____/

**NOTICE OF TRUSTEE'S PROPOSED ABANDONMENT**

TO:    ALL CREDITORS AND INTERESTED PARTES ENUMERATED ON THE LIST ATTACHED TO THE ORIGINAL NOTICE ON FILE WITH THE COURT

**NOTICE IS HEREBY GIVEN THAT:**

**Leslie S. Osborne, the Trustee** in this case intends to abandon the estate's interest in certain property, as described below, pursuant to 11 U.S.C. §554. The Trustee intends to abandon the following property, not because of exemptions and because the property is burdensome to the estate and of inconsequential value:

2018 GMC Sierra

**Pursuant to Bankruptcy Rule 6007, the proposed abandonment will be deemed approved without the necessity of a hearing or order, if no objection is filed and served within 14 days after the date of service of this notice.**

Any parties objecting to said abandonment must file a written objection with the Clerk of the Bankruptcy Court, 299 E. Broward Blvd., Room 112, Fort Lauderdale, Florida 33301, with a copy to the undersigned Trustee in Bankruptcy

Date:  April 14, 2025                      /s/
                                                                       Leslie S. Osborne, Trustee
                                                                       1300 N. Federal Hwy #203
                                                                       Boca Raton, FL 33432
                                                                       (561) 368-2200
                                                                       Email:
                                                                       osbornetrustee@kennethrappaportlawoffice.com