Label Matrix for local noticing
113C-0
Case 24-14482-PDR
Southern District of Florida
Fort Lauderdale
Mon Apr 14 15:40:17 EDT 2025

Carmax Business Services, Llc, A Subsidiary
225 Chastain Meadows Court
Kennesaw, GA 30144-5897

Amex
Correspondence/Bankruptcy
Po Box 981540
El Paso, TX 79998-1540

Bank of America
Attn: Bankruptcy
4909 Savarese Circle
Tampa, FL 33634-2413

Bella Aharon
561 NW 110th Ave
Fort Lauderdale, FL 33324-1537

Bitty Advance
1855 Griffin Rd A-474
Dania, FL 33004-2241

Bread
Attn: Bankruptcy
156 Fifth Avenue 2nd Floor
New York, NY 10010-7734

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130-0285

CarMax Auto Finance
Attn: Bankruptcy
1200 Tuckahoe Creek Pkwy
Richman, VA 23238

Chase Card Services
Attn: Bankruptcy
P.O. 15298
Wilmington, DE 19850-5298

Citibank/Exxon Mobile
Citicorp Cr Srvs/Centralized Bankruptcy
Po Box 790040
St Louis, MO 63179-0040

Comenity/MPRC
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218-2125

Comenitycb/el Dorado
Attn: Bankruptcy Dept
Po Box 182125
Columbus, OH 43218-2125

Costco Citi Card
Attn: Bankruptcy
Po Box 6500
Sioux Falls, SD 57117-6500

Credit Acceptance
Attn: Bankruptcy
25505 West 12 Mile Road Ste 3000
Southfield, MI 48034-8331

Credit One Bank
Attn: Bankruptcy Department
6801 Cimarron Rd
Las Vegas, NV 89113-2273

David W. Berenthal
255 Alhambra Circle
Suite 1150
Coral Gables, FL 33134-7415

(p)EVEREST BUSINESS FUNDING
ATTN ATTN ATTENTION LEGAL DEPARTMENT
12496 NW 25TH STREET
SWEETWATER FL 33182-1505

Flash Advance
4000 Hollywood Blvd suite 360-n
Hollywood, FL 33021-1240

Jessica Piafsky
3272 SW 51st
Fort Lauderdale, FL 33312-7915

MB HOME IMPROVEMENTS INC
BOHADANA, MAXIM
6412 N UNIVERSITY DR
STE 102
Fort Lauderdale, FL 33321-4002

Maxim Bohadana
9610 NW 24th St
Fort Lauderdale, FL 33322-3242

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

Silverline
265 Sunrise HWY Rockville Centre
Rockville Centre, NY 11570-4912

Syncb/Rooms To Go
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896-5060

Synchrony Bank/BRMart
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896-5060

ZuntaFi
Attn: Bankruptcy
105 1st Ave Sw
Aberdeen, SD 57401-4104

Leslie S Osborne
1300 N. Federal Hwy., Ste. 203
Boca Raton, FL 33432-2848

Roi Neeman
4814 SW 34th Terrace
Fort Lauderdale, FL 33312-7948

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Everest Business Funding
8200 NW 52nd Terrace 2nd floor
Miami, FL 33166

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Construction Fort Lauderdale, Inc.     (u)R & K Neeman Corp     (u)Jessica Piafsky
                                                                   , NY

End of Label Matrix
Mailable recipients     28
Bypassed recipients      3
Total                   31