United States Bankruptcy Court

Southern District of Florida

| | |
|---|---|
| In re: | Case No. 24-14482-PDR |
| Roi Neeman | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113C-0 | User: admin | Page 1 of 3 |
| Date Rcvd: Apr 15, 2025 | Form ID: CGFC1 | Total Noticed: 29 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 17, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Roi Neeman, 4814 SW 34th Terrace, Fort Lauderdale, FL 33312-7948 |
| cr | + | Carmax Business Services, Llc, A Subsidiary Of Car, 225 Chastain Meadows Court, Kennesaw, GA 30144-5897 |
| 97366050 | + | Bella Aharon, 561 NW 110th Ave, Fort Lauderdale, FL 33324-1537 |
| 97366054 | | CarMax Auto Finance, Attn: Bankruptcy, 1200 Tuckahoe Creek Pkwy, Richman, VA 23238 |
| 97638289 | + | David W. Berenthal, 255 Alhambra Circle, Suite 1150, Coral Gables, FL 33134-7415 |
| 97366064 | + | Flash Advance, 4000 Hollywood Blvd suite 360-n, Hollywood, FL 33021-1240 |
| 97366065 | + | Jessica Piafsky, 3272 SW 51st, Fort Lauderdale, FL 33312-7915 |
| 97366067 | + | MB HOME IMPROVEMENTS INC, BOHADANA, MAXIM, 6412 N UNIVERSITY DR, STE 102, Fort Lauderdale, FL 33321-4002 |
| 97366066 | + | Maxim Bohadana, 9610 NW 24th St, Fort Lauderdale, FL 33322-3242 |
| 97366069 | + | Silverline, 265 Sunrise HWY Rockville Centre, Rockville Centre, NY 11570-4912 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: swulfekuhle@broward.org | Apr 15 2025 23:40:00 | Broward County Tax Collector, 115 S Andrews Ave, Ft Lauderdale, FL 33301-1801 |
| smg | | EDI: FLDEPREV.COM | Apr 16 2025 03:31:00 | Florida Department of Revenue, POB 6668, Tallahassee, FL 32314-6668 |
| ust | + | Email/Text: USTPRegion21.MM.ECF@usdoj.gov | Apr 15 2025 23:40:00 | Office of the US Trustee, 51 S.W. 1st Ave., Suite 1204, Miami, FL 33130-1614 |
| 97366048 | + | Email/PDF: bncnotices@becket-lee.com | Apr 15 2025 23:41:23 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 97366049 | + | EDI: BANKAMER | Apr 16 2025 03:31:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 97366051 | + | Email/Text: jorleidy@bittyadvance.com | Apr 15 2025 23:40:00 | Bitty Advance, 1855 Griffin Rd A-474, Dania, FL 33004-2241 |
| 97366052 | ^ | MEBN | Apr 15 2025 23:32:57 | Bread, Attn: Bankruptcy, 156 Fifth Avenue 2nd Floor, New York, NY 10010-7734 |
| 97366053 | + | EDI: CAPITALONE.COM | Apr 16 2025 03:31:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 97366055 | + | EDI: JPMORGANCHASE | Apr 16 2025 03:31:00 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850-5298 |
| 97366056 | + | EDI: CITICORP | Apr 16 2025 03:31:00 | Citibank/Exxon Mobile, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 97366057 | + | EDI: WFNNB.COM | Apr 16 2025 03:31:00 | Comenity/MPRC, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 97366058 | + | EDI: WFNNB.COM | Apr 16 2025 03:31:00 | Comenitycb/el Dorado, Attn: Bankruptcy Dept, Po |

| District/off: 113C-0 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 15, 2025 | Form ID: CGFC1 | Total Noticed: 29 |

| | | | | |
|---|---|---|---|---|
| | | | | Box 182125, Columbus, OH 43218-2125 |
| 97366060 | + EDI: CITICORP | | Apr 16 2025 03:31:00 | Costco Citi Card, Attn: Bankruptcy, Po Box 6500, Sioux Falls, SD 57117-6500 |
| 97366061 | + Email/Text: ebnnotifications@creditacceptance.com | | Apr 15 2025 23:40:00 | Credit Acceptance, Attn: Bankruptcy, 25505 West 12 Mile Road Ste 3000, Southfield, MI 48034-8331 |
| 97366062 | + Email/PDF: creditonebknotifications@resurgent.com | | Apr 15 2025 23:41:15 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 97366063 | Email/Text: inhousebk@whetstoneholdings.com | | Apr 15 2025 23:40:00 | Everest Business Funding, 8200 NW 52nd Terrace 2nd floor, Miami, FL 33166 |
| 97366070 | + EDI: SYNC | | Apr 16 2025 03:31:00 | Syncb/Rooms To Go, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 97366071 | + EDI: SYNC | | Apr 16 2025 03:31:00 | Synchrony Bank/BRMart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 97366072 | + Email/Text: claims@zuntafi.com | | Apr 15 2025 23:40:00 | ZuntaFi, Attn: Bankruptcy, 105 1st Ave Sw, Aberdeen, SD 57401-4104 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 97366059 | | Construction Fort Lauderdale, Inc. |
| 97366068 | | R & K Neeman Corp |
| smg | * | Florida Department of Revenue, POB 6668, Tallahassee, FL 32314-6668 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| Date: Apr 17, 2025 | Signature: | /s/Gustava Winters |
|---|---|---|

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 15, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David W Berenthal | on behalf of Plaintiff Jessica Piafsky ECF@berenthalaw.com  dberenthal@recap.email |
| David W Berenthal | on behalf of Creditor Jessica Piafsky ECF@berenthalaw.com  dberenthal@recap.email |
| Jordan L Rappaport, Esq | on behalf of Trustee Leslie S Osborne office@rorlawfirm.com  1678370420@filings.docketbird.com |
| Leslie S Osborne | osbornetrustee@kennethrappaportlawoffice.com  lo@trustesolutions.net |

District/off: 113C-0 | User: admin | Page 3 of 3
Date Rcvd: Apr 15, 2025 | Form ID: CGFC1 | Total Noticed: 29

Office of the US Trustee
    USTPRegion21.MM.ECF@usdoj.gov

Teresa M Hair
    on behalf of Creditor Carmax Business Services  Llc, A Subsidiary Of Carmax Auto Finance, Inc. teresa.hair@brockandscott.com, WBECF@brockandscott.com

TOTAL: 6

Form CGFC1 (12/1/15)

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

Case Number: 24–14482–PDR

Chapter: 7

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Roi Neeman
4814 SW 34th Terrace
Fort Lauderdale, FL 33312

SSN: xxx–xx–0554

## NOTICE OF DEADLINE TO FILE CLAIMS

The trustee has filed a Notice of Assets in this case. **NOTICE IS HEREBY GIVEN THAT:**

All nongovernmental creditors of the above–named estate are required to file their claims pursuant to Bankruptcy Rule 3002(c)(5) on or before **7/16/25** in order to participate in the distribution of available funds. Pursuant to 11 U.S.C. § 502(b)(9), the deadline for filing claims by governmental units shall be the claims deadline set forth in this notice or 180 days after the date relief was ordered under chapter 7, whichever is later. Claims should be filed using the Official Form 410 Proof of Claim available at any bankruptcy clerk's office or on the court's website at: www.flsb.uscourts.gov, and delivered or mailed to the clerk's office address listed below. To receive acknowledgment of receipt by the clerk, enclose a copy of the claim and an adequate sized stamped self addressed envelope.

US Bankruptcy Court
299 E Broward Blvd, Room 112
Ft Lauderdale FL 33301

As an alternative filing method, any creditor with internet access may file a proof of claim electronically and print a copy of the claim at the time of filing by using the electronic claims filing program available on the court website: www.flsb.uscourts.gov.

**Filing Deadline for a Foreign Creditor:**

If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.

**Dated: 4/15/25**                                           **CLERK OF COURT**
                                                              By: admin
                                                              Deputy Clerk

The clerk shall serve a copy of this notice on all parties of record.