**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No:  1

| | |
|---|---|
| **Case No.:** 24-14482 | **Trustee Name:** Leslie S. Osborne |
| **Case Name:** NEEMAN, ROI | **Date Filed (f) or Converted (c):** 05/07/2024 (f) |
| **For the Period Ending:** 03/31/2026 | **§341(a) Meeting Date:** 06/11/2024 |
| | **Claims Bar Date:** 07/16/2025 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1  2018 GMC Sierra Mileage: 97000 | $25,000.00 | $0.00 | OA | $0.00 | FA |
| 2  Household goods and furnishings. | $3,000.00 | $0.00 | | $0.00 | FA |
| 3  Glock 19 | $400.00 | $0.00 | | $0.00 | FA |
| 4  Personal and work clothing | $300.00 | $0.00 | | $0.00 | FA |
| 5  Wedding ring and necklace | $300.00 | $0.00 | | $0.00 | FA |
| 6  Cash | $50.00 | $0.00 | | $0.00 | FA |
| 7  Checking Bank of America Acct 2469 | $209.00 | $0.00 | | $0.00 | FA |
| 8  Checking Bank of America Acct 0173 (R & K Neeman Corp) | $2.54 | $2.54 | | $0.00 | FA |
| 9  Checking Bank of America 1599 (Construction Fort Lauderdale Inc dba MB Home Improvements) - Negative balance 31.73 | $0.00 | $0.00 | | $0.00 | FA |
| 10  R & K Neeman Corp 100 % | $0.00 | $0.00 | | $0.00 | FA |
| 11  Construction Fort Lauderdale, Inc. 100 % | $300.00 | $0.00 | | $0.00 | FA |
| 12  Used tools and construction items located at 1380 W. McNab Road. | $600.00 | $0.00 | | $0.00 | FA |
| 13  claims against debtors spouse and others **(u)** | $0.00 | $100,000.00 | | $0.00 | $100,000.00 |

**TOTALS (Excluding unknown value)**  **Gross Value of Remaining Asset**

| | | | | |
|---|---|---|---|---|
| $30,161.54 | $100,002.54 | | $0.00 | $100,000.00 |

**Major Activities affecting case closing:**

03/29/2026    CBD: 7/16/2025

tax return: possible

Trustee retained Rappaport Osborne and Rappaport as counsel, 8/14/24, ecf 25

Trustee filed an adversary proceeding to recover fraudulent transfers, ADV#26-01113, against debtor's spouse on 3/31/26. The matter is pending.

Case closing depends on time to resolve claims/litigate and collect. Estimate is a year.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No:   2

| | |
|---|---|
| **Case No.:** 24-14482 | **Trustee Name:** Leslie S. Osborne |
| **Case Name:** NEEMAN, ROI | **Date Filed (f) or Converted (c):** 05/07/2024 (f) |
| **For the Period Ending:** 03/31/2026 | **§341(a) Meeting Date:** 06/11/2024 |
| | **Claims Bar Date:** 07/16/2025 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

04/05/2025    CBD: 7/16/2025

tax return: possible

Trustee retained Rappaport Osborne and Rappaport as counsel, 8/14/24, ecf 25

A 2004 exam of debtor was taken and potential Fraudulent transfer claims identified. Trustee is still investigating, but had been slowed as debtors counsel withdrew-see ecf 40 ,3/3/25.

Case closing depends on time to resolve claims/litigate. Estimate is a year.

**Initial Projected Date Of Final Report (TFR):**   03/31/2026          **Current Projected Date Of Final Report (TFR):**   03/31/2027

/s/ LESLIE S. OSBORNE

LESLIE S. OSBORNE