United States Bankruptcy Court

Southern District of Florida

In re:                                                                                                 Case No. 24-14482-CAP

Roi Neeman                                                                                    Chapter 7

       Debtor

# CERTIFICATE OF NOTICE

District/off: 113C-0                              User: admin                                         Page 1 of 2

Date Rcvd: Jun 08, 2026                       Form ID: CGFI9                                 Total Noticed: 2

The following symbols are used throughout this certificate:

**Symbol        Definition**

+                    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 10, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Roi Neeman, 4814 SW 34th Terrace, Fort Lauderdale, FL 33312-7948 |
| cr | + | Carmax Business Services, Llc, A Subsidiary Of Car, 225 Chastain Meadows Court, Kennesaw, GA 30144-5897 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 10, 2026                        Signature:            /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 6, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David W Berenthal | on behalf of Plaintiff Jessica Piafsky ECF@berenthalaw.com  dberenthal@recap.email |
| David W Berenthal | on behalf of Creditor Jessica Piafsky ECF@berenthalaw.com  dberenthal@recap.email |
| Joe M. Grant, Esq. | on behalf of Defendant Karen Neeman jgrant@loriumlaw.com jenna-munsey-6083@ecf.pacerpro.com;jyoung@loriumlaw.com;acabello@loriumlaw.com |
| Jordan L Rappaport, Esq | on behalf of Trustee Leslie S Osborne office@rorlawfirm.com  1678370420@filings.docketbird.com |
| Leslie S Osborne | osbornetrustee@kennethrappaportlawoffice.com  lo@trustesolutions.net |
| Office of the US Trustee | |

District/off: 113C-0                     User: admin                              Page 2 of 2
Date Rcvd: Jun 08, 2026                  Form ID: CGFI9                           Total Noticed: 2

USTPRegion21.MM.ECF@usdoj.gov

Teresa M Hair

on behalf of Creditor Carmax Business Services  Llc, A Subsidiary Of Carmax Auto Finance, Inc. teresa.hair@brockandscott.com, WBECF@brockandscott.com

TOTAL: 7

Case 24-14482-CAP   Doc 64   Filed 06/10/26   Page 2 of 3

District/off: 113C-0                     User: admin                              Page 2 of 2
Date Rcvd: Jun 08, 2026                  Form ID: CGFI9                           Total Noticed: 2

USTPRegion21.MM.ECF@usdoj.gov

Teresa M Hair

on behalf of Creditor Carmax Business Services  Llc, A Subsidiary Of Carmax Auto Finance, Inc. teresa.hair@brockandscott.com, WBECF@brockandscott.com

TOTAL: 7

CGFI9 (6/1/2026)

# United States Bankruptcy Court
## Southern District of Florida
### www.flsb.uscourts.gov

**Case Number: 24–14482–CAP**

**Chapter: 7**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Roi Neeman

4814 SW 34th Terrace
Fort Lauderdale, FL 33312

SSN: xxx–xx–0554

## NOTICE OF REASSIGNMENT

     In accordance with the Order of Recusal entered on 06/06/26 by Judge Craig A. Pugatch this case was referred to the clerk of the court for reassignment and/or transfer to another judge.

     Accordingly, this case is hereby reassigned to the Honorable **Corali Lopez–Castro**.

**Dated: 6/6/26**

**CLERK OF COURT**
By: Diana Cohen
Deputy Clerk

The clerk shall serve this notice on all parties of record.