United States Bankruptcy Court

Southern District of Florida

In re:

Roi Neeman

    Debtor

Case No. 24-14482-CAP

Chapter 7

# CERTIFICATE OF NOTICE

District/off: 113C-0            User: admin            Page 1 of 3

Date Rcvd: Jun 08, 2026            Form ID: pdf004            Total Noticed: 30

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 10, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Roi Neeman, 4814 SW 34th Terrace, Fort Lauderdale, FL 33312-7948 |
| cr | + | Carmax Business Services, Llc, A Subsidiary Of Car, 225 Chastain Meadows Court, Kennesaw, GA 30144-5897 |
| 97366050 | + | Bella Aharon, 561 NW 110th Ave, Fort Lauderdale, FL 33324-1537 |
| 97638289 | + | David W. Berenthal, 255 Alhambra Circle, Suite 1150, Coral Gables, FL 33134-7415 |
| 97366064 | + | Flash Advance, 4000 Hollywood Blvd suite 360-n, Hollywood, FL 33021-1240 |
| 97366065 | + | Jessica Piafsky, 3272 SW 51st, Fort Lauderdale, FL 33312-7915 |
| 97366067 | + | MB HOME IMPROVEMENTS INC, BOHADANA, MAXIM, 6412 N UNIVERSITY DR, STE 102, Fort Lauderdale, FL 33321-4002 |
| 97366066 | + | Maxim Bohadana, 9610 NW 24th St, Fort Lauderdale, FL 33322-3242 |
| 97366069 | + | Silverline, 265 Sunrise HWY Rockville Centre, Rockville Centre, NY 11570-4912 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 97366048 | + | Email/PDF: bncnotices@becket-lee.com | Jun 08 2026 23:48:56 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 97366049 | + | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Jun 08 2026 23:42:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 97366051 | + | Email/Text: jorleidy@bittyadvance.com | Jun 08 2026 23:43:00 | Bitty Advance, 1855 Griffin Rd A-474, Dania, FL 33004-2241 |
| 97934455 | + | Email/Text: jorleidy@bittyadvance.com | Jun 08 2026 23:43:00 | Bitty Advance 2, LLC, 1855 Griffin Road Suite A-474, Dania Beach, FL 33004-2241 |
| 97366052 | ^ | MEBN | Jun 08 2026 23:42:14 | Bread, Attn: Bankruptcy, 156 Fifth Avenue 2nd Floor, New York, NY 10010-7734 |
| 97366054 | | Email/Text: CAF_Bankruptcy_Department@carmax.com | Jun 08 2026 23:43:00 | CarMax Auto Finance, Attn: Bankruptcy, 1200 Tuckahoe Creek Pkwy, Richman, VA 23238 |
| 97366053 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 08 2026 23:48:54 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 97995846 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 08 2026 23:48:54 | Capital One N.A., by AIS InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 97366055 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 08 2026 23:48:44 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850-5298 |
| 97943819 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 09 2026 00:01:35 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 97366056 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 09 2026 00:01:35 | Citibank/Exxon Mobile, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 97366057 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 08 2026 23:43:00 | Comenity/MPRC, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |

District/off: 113C-0 | User: admin | Page 2 of 3
Date Rcvd: Jun 08, 2026 | Form ID: pdf004 | Total Noticed: 30

| 97366058 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 08 2026 23:43:00 | Comenitycb/el Dorado, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
|---|---|---|---|
| 97366060 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 09 2026 00:01:29 | Costco Citi Card, Attn: Bankruptcy, Po Box 6500, Sioux Falls, SD 57117-6500 |
| 97366061 | + Email/Text: ebnnotifications@creditacceptance.com | Jun 08 2026 23:42:00 | Credit Acceptance, Attn: Bankruptcy, 25505 West 12 Mile Road Ste 3000, Southfield, MI 48034-8331 |
| 97366062 | + Email/PDF: creditonebknotifications@resurgent.com | Jun 08 2026 23:48:31 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 97366063 | Email/Text: inhousebk@whetstoneholdings.com | Jun 08 2026 23:43:00 | Everest Business Funding, 8200 NW 52nd Terrace 2nd floor, Miami, FL 33166 |
| 98043691 | + Email/Text: RASEBN@raslg.com | Jun 08 2026 23:43:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 97366070 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jun 08 2026 23:48:26 | Syncb/Rooms To Go, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 97366071 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jun 08 2026 23:48:26 | Synchrony Bank/BRMart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 97366072 | + Email/Text: claims@zuntafi.com | Jun 08 2026 23:43:00 | ZuntaFi, Attn: Bankruptcy, 105 1st Ave Sw, Aberdeen, SD 57401-4104 |

TOTAL: 21

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 97366059 | | Construction Fort Lauderdale, Inc. |
| 97366068 | | R & K Neeman Corp |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 10, 2026          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 6, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David W Berenthal | on behalf of Plaintiff Jessica Piafsky ECF@berenthalaw.com dberenthal@recap.email |
| David W Berenthal | on behalf of Creditor Jessica Piafsky ECF@berenthalaw.com dberenthal@recap.email |

District/off: 113C-0                     User: admin                                    Page 3 of 3
Date Rcvd: Jun 08, 2026                  Form ID: pdf004                            Total Noticed: 30

Joe M. Grant, Esq.
          on behalf of Defendant Karen Neeman jgrant@loriumlaw.com
          jenna-munsey-6083@ecf.pacerpro.com;jyoung@loriumlaw.com;acabello@loriumlaw.com

Jordan L Rappaport, Esq
          on behalf of Trustee Leslie S Osborne office@rorlawfirm.com  1678370420@filings.docketbird.com

Leslie S Osborne
          osbornetrustee@kennethrappaportlawoffice.com  lo@trustesolutions.net

Office of the US Trustee
          USTPRegion21.MM.ECF@usdoj.gov

Teresa M Hair
          on behalf of Creditor Carmax Business Services  Llc, A Subsidiary Of Carmax Auto Finance, Inc. teresa.hair@brockandscott.com,
          WBECF@brockandscott.com


TOTAL: 7



**ORDERED in the Southern District of Florida on June 4, 2026.**

**Craig A. Pugatch, Judge**
**United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:                                              Case No.    24-14482-PDR
                                                    Chapter 7

Roi Neeman,

              Debtor(s).

_____/

### ORDER OF RECUSAL

THIS CAUSE came before the Court *sua sponte.*  Having reviewed the file, the Judge has determined it is necessary and appropriate that he recuse himself from the bankruptcy case.  Accordingly, it is

**ORDERED** that Judge Pugatch is recused from this case and the Clerk of the Court is directed to reassign this case along with any and all pending related adversary proceedings.

###

Copies furnished to:
All parties in interest
    *The Clerk of Court shall serve a copy of this order upon all parties in*

*interest.*